Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
DRAKE & DRAKE, P.C.
23679 Calabasas Road, Suite 403
Calabasas, California 91302
Telephone: 818.624.4695
Facsimile: 818.475.1880
Attorney for Plaintiff

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
SUNDEEP PATEL, CSBN 242284
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8981
    Facsimile: (415) 744-0134
    Email: Sundeep.Patel@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL MILLS, | ) |
| | ) CASE NO.: 2:17-cv-00367-KJN |
|     Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION TO EXTEND |
| | ) BRIEFING SCHEDULE |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED, by and between the parties, that Plaintiff shall have an extension of 30 days from July 14, 2017, until August 14, 2017 to prepare and file Plaintiff's opening brief, and that all other scheduling dates set forth in the Scheduling Order shall be extended accordingly.

This is plaintiff's first request for an extension. Plaintiff's counsel makes this request because plaintiff's counsel requires additional time to prepare and file the opening brief because of a heavy administrative hearing schedule. This request for extension is not made to interpose delay but to properly and adequately represent plaintiff.

DATED: July 11, 2014           By: */s/ Roger D. Drake*
                                    ROGER D. DRAKE
                                    Attorney for Plaintiff

DATED: July 11, 2017           PHILLIP A. TALBERT
                                    United States Attorney
                                    DEBORAH LEE STACHEL
                                    Regional Chief Counsel, Region IX


                               By:  */s/ Sundeep Patel*
                                    SUNDEEP PATEL
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant
                                    [*Per email authorization on 7/11/2017*]

| | |
|---|---|
| 1 | **<u>ORDER</u>** |
| 2 | Based on the foregoing stipulation to extend the briefing schedule, |
| 3 | IT IS ORDERED, that Plaintiff shall have an extension of 30 days from July |
| 4 | 14, 2017, until August 14, 2017, to prepare and file Plaintiff's Opening Brief, and |
| 5 | that all other scheduling dates set forth in the Scheduling Order shall be extended |
| 6 | accordingly. |
| 7 | Dated: July 13, 2017 |

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE